FILED
FEB 1 2008
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HOOPA VALLEY TRIBE, on its own behalf, and in its capacity as *parens patriae* on behalf of its members; Oscar Billings; Benjamin Branham, Jr.; William F. Carpenter, Jr.; Margaret Mattz Dickson; Freedom Jackson; William J. Jarnaghan, Sr.; Joseph LeMieux; Clifford Lyle Marshall,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 08-72 L |

**NOTICE OF DIRECTLY RELATED CASE**

This action is directly related within the meaning of RCFC 40.2(a) to the case entitled *Jessie Short, et al. v. United States*, No. 102-63, and the closed case of *Karuk Tribe of California, et al. v. United States*, Nos. 90-3993L, 91-1432L, 92-173L. This case involves two of the parties and a similar claim to that involved in *Short* (a per capita distribution from funds of the former Joint Hoopa Valley Reservation to fewer than all the entitled Indians of the Reservation). The operative facts here are very similar to the per capita distribution at issue in *Short* VI, 28 Fed. Cl. 590, 594-96 (1993), except that Section 7 of the Settlement Act does not permit this distribution. This action also concerns some of the same property (Hoopa Escrow Funds placed into Hoopa-Yurok Settlement Fund) involved in both *Short* and the *Karuk Tribe of California* case. Assignment of the matter to Honorable Lawrence Margolis is likely to conserve judicial resources and promote efficient determination of the action.



ORIGINAL

Respectfully submitted this 31st day of January, 2008.

MORISSET, SCHLOSSER, JOZWIAK & McGAW

/s/ Thomas P. Schlosser

Thomas P. Schlosser, Attorney of Record
801 Second Avenue, Suite 1115
Seattle, WA 98104-1509
Tel: (206) 386-5200
Fax: (206) 386-7322
t.schlosser@msaj.com
*Attorneys for the Plaintiff Hoopa Valley Tribe, et al.*

T:\WPDOCS\0020\09561\NoticeRelatedCase_013008.doc
nme:1/30/08

**CERTIFICATE OF SERVICE**

I certify that on January 31, 2008, copies of the following documents: Notice of Directly Related Case with a copy of the Complaint in *Hoopa Valley Tribe, et al. v. United States of America*, were sent by postage prepaid U.S. Mail to the following:

Susan V. Cook
U.S. Department of Justice
Environment & Natural Resources Div.
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0663

Pamela S. West
U.S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
601 D Street, NW, Room 3118
Washington, D.D. 20004

Robert W. Venning
Heller, Ehrman, LLP
333 Bush Street
San Francisco, CA 94104

Dennis Whittlesey
Dickinson Wright, PLLC
1901 L Street, NW, Suite 800
Washington DC 20036-3506

William C. Wunsch
Faulkner, Sheehan and Wunsch
351 California Street
San Francisco, CA 94104

John Shordike
2000 Center Street, Suite 308
Berkeley, CA 94704

I declare the above to be true and correct under penalty of perjury. Executed this 31st day of January, 2008, at Seattle, Washington.

Nina Cordova
Nina Cordova

T:\WPDOCS\0020\09561\HVTComplaintCOS013108.doc
nmc:1/30/08