IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOOPA VALLEY TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 08-72 L<br>Judge Lawrence S. Margolis |

**NOTICE OF APPEARANCE**

The United States of America hereby gives notice of the appearance in this case of Devon Lehman McCune as counsel of record. All files, papers, and correspondence to Ms. McCune should be addressed as follows:

Devon Lehman McCune
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1487
Telefax: 303-844-1350
Email: Devon.McCune@usdoj.gov

Respectfully submitted this 25th day of March, 2008.

RONALD J. TENPAS
Assistant Attorney General

s/ *Devon Lehman McCune*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor

Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov

Of Counsel:

SCOTT BERGSTROM
Department of the Interior
Office of the Solicitor

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, a copy of the **NOTICE OF APPEARANCE** was electronically sent via the CM/ECF system by the United States Court of Federal Claims on the following party:

Thomas P. Schlosser
Email: t.schlosser@msaj.com

s/ *Devon Lehman McCune*

Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov