IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOOPA VALLEY TRIBE,<br><br>Plaintiff,<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) | Case No. 08-72 L<br>Judge Lawrence S. Margolis |

**CONSENTED MOTION FOR EXTENSION OF TIME**

Pursuant to RCFC 6.1, Defendant hereby moves for an enlargement of time up to and including June 2, 2008, to answer or otherwise respond to Plaintiff's Complaint. Defendant's answer or other response is currently due April 1, 2008. This is Defendant's first motion for an extension of time to respond to Plaintiff's Complaint. In support of this motion, Defendant states as follows:

1. On February 1, 2008, Plaintiff filed its Complaint in this Court.

2. Upon receiving Plaintiff's Complaint, the undersigned contacted the Department of the Interior and determined that more time was required to appropriately respond to Plaintiff's complaint due to the complexity of the issues involved and counsel's briefing and obligations in other cases;

3. Accordingly, Defendant requires additional time to respond to Plaintiff's complaint.

4. The undersigned counsel consulted with Mr. Thomas Schlosser, counsel for Plaintiff, who stated that he did not object to an extension of time.

5. No other scheduling will be affected by an extension.

WHEREFORE, Defendant respectfully requests that this motion be GRANTED.

Submitted this 25th day of March, 2008.

RONALD J. TENPAS
Assistant Attorney General

s/ *Devon Lehman McCune*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov

OF COUNSEL:

SCOTT BERGSTROM
Department of the Interior
Office of the Solicitor

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I filed the foregoing **CONSENTED MOTION FOR EXTENSION OF TIME** was electronically sent via the CM/ECF system by the United States Court of Federal Claims on the following party:

Thomas P. Schlosser
Email: t.schlosser@msaj.com

s/ *Devon Lehman McCune*

Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov