IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOOPA VALLEY TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08-72 L |
| | ) | Judge Lawrence S. Margolis |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| ______________________________ | ) | |

**[PROPOSED] ORDER**

This matter having come before the Court on CONSENTED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT and the Court being advised in the premises,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall have up to and including June 2, 2008, in which to file its Answer or other response to Plaintiff's Complaint in the above-captioned matter.

IT IS SO ORDERED.

DONE THIS ____ DAY OF _____________, 2008.

BY THE COURT: ________________________________________
JUDGE LAWRENCE S. MARGOLIS