# In the United States Court of Federal Claims

| | | |
|---|---|---|
| HOOPA VALLEY TRIBE, et al., Plaintiffs, | * | |
| v. | * | No. 08-72L |
| UNITED STATES OF AMERICA, Defendant. | * | (Filed: March 27, 2008) |

## ORDER

Defendant's unopposed motion, filed March 25, 2008, for an enlargement of time, to and including June 2, 2008, to answer or otherwise respond to the complaint is **GRANTED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims