

This photo was taken on the HVIR, it is an example of the sedimentation problems associated with the poor BIA road systems construction standards and lack of maintenance.



This photo was taken in the 1970's, it is in the Pine Creek watershed on the HVIR This is very typical of the types of damage that occurred to watershed across the HVIR during the BIA era, this is the legacy that the BIA left behind. As you can see, the effects of BIA management were devastating to fisheries, water quality, hydrologic conditions, and basically all riparian organisms.

The BIA harvested approximately 33,000 acres of Tribal Lands beginning in the 1940's thru the late 1980's. The photos below illustrates the types of "clearcutting" management techniques that were practiced by the BIA. This type of harvesting was devastating to cultural resources, and created larges tracts of land that the Tribe is now in the process of rehabilitating, through stand improvement projects.



Photo of clearcut unit 10 years after harvest. Typical stand conditions of these types of clearcuts include invasion of brush species, under stocked timber component, and very unhealthy conditions, which are very susceptible to fire or insects devastations.



Photo of mill creek units early 80's, 1 year after harvest.


The photo is an example of timber stand improvement projects that the tribe is performing to improve the stand conditions and restore forest health. This treatment costs the tribe $450-550 per acre to treat. The tribe
Comparison of a Hand Thin-n-release versus un-treated fir tree; left to compete with other species. The treated trees respond very well as you can see...