# In the United States Court of Federal Claims

| | | |
|---|---|---|
| HOOPA VALLEY TRIBE, et al., Plaintiffs, | | |
| v. | | No. 08-72L |
| UNITED STATES OF AMERICA, Defendant. | | (Filed: April 10, 2008) |

## ORDER TRANSFERRING CASE WITHIN THE COURT

Pursuant to RCFC 40.1(b), and further pursuant to the concurrence of Judge Thomas C. Wheeler, it is **ORDERED** that this civil action shall be transferred to Judge Thomas C. Wheeler. The Clerk shall take the action necessary to reflect this transfer on the docket of the court.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims