IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOOPA VALLEY TRIBE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 08-72 L |
| | ) | Judge Thomas C. Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| ______________________________ | ) | |

**[PROPOSED] ORDER**

This matter having come before the Court on the United States' Motion to Stay Briefing on Plaintiffs' Motion for Partial Summary Judgment, and the Court being advised in the premises,

IT IS HEREBY ORDERED that the Motion is GRANTED and briefing on Plaintiffs' Motion for Partial Summary Judgment is stayed until further notice.

IT IS SO ORDERED.

DONE THIS ____ DAY OF ____________, 2008.

BY THE COURT: ______________________________

JUDGE THOMAS C. WHEELER