**Subject:** Identity of the Indians for whom the funds in the Hoopa-Yurok Settlement fund were collected
**From:** Tom Schlosser <t.schlosser@msaj.com>
**Date:** Thu, 15 Jun 2006 12:44:27 -0700
**To:** "Passarelli, Edward" <edward.passarelli@usdoj.gov>, "Alexander. Craig" <craig.alexander@usdoj.gov>

Gentlemen:

While looking at Hoopa-Yurok documents today, I noted that Section 4(b) of the Hoopa-Yurok Settlement Act requires the Secretary to administer the Settlement Fund "as Indian trust funds." So..oo.. perhaps you ask, who are the beneficiaries?

The identity of the Indians for whom the funds are held in trust is revealed by looking at the source of "the funds in the escrow funds," from which the Settlement Fund in Section 4(a) derived. (Certain federal funds were added to the HYSF also but these were entirely used to fund individual lump sum payments, the so-called "buy-outs." See Section 4(e) and the Senate Oversight Hearing page 89 (August 1, 2002))

All of nearly all of the escrow funds came from the resources, particularly timber harvest pursuant to 25 U.S.C. 407, of the Square portion of the Hoopa Valley Indian Reservation. Interior Memo at 2-3 (Oct. 24, 1991). Several other Hoopa-Yurok documents shed light on Interior's determination of Indian beneficiaries of proceeds from the Hoopa Square, particularly the Sacramento Area Director William Finale Memo (June 25, 1974)(Indians of the Res) the Finale Letter (Mar. 19, 1975)(Indians of the Res includes Hoopas) and the Assistant Secretary Forrest Gerard Plan (Nov. 20, 1978)(designating the H & Y tribes)

Of course, rights to the escrow funds was often at issue in the *Short* litigation and was definitely addressed in *Short* IV, *Short* VI, and upheld in *Short* VII. The *Short* litigation determined that no party could compel distributions from the escrow funds, and concluded plaintiffs were not entitled to damages based upon unexpended monies in the escrow funds.

Today I was reminded that *Short* and the underlying administrative determinations by the Interior Department still shed some light on the identity on the Indian beneficiaries for whom the funds were originally collected and are currently being administered. I hope this is helpful.

Tom
--
Important notices

Exhibit 42