# In the United States Court of Federal Claims

No. 08-72L

(Filed: May 2, 2008)

```
******************************************* *
                                            *
HOOPA VALLEY TRIBE, et al.,                 *
                                            *
                    Plaintiff,              *
                                            *
v.                                          *
                                            *
THE UNITED STATES,                          *
                                            *
                    Defendant.              *
                                            *
******************************************* *
```

ORDER

On April 25, 2008, Defendant filed with the Court a motion to stay briefing on Plaintiff's motion for partial summary judgment on the question of breach of trust responsibility. Plaintiff opposes Defendant's motion. After carefully considering the parties' positions, Defendant's motion is DENIED. Accordingly:

1. Defendant's response to Plaintiff's motion for partial summary judgment is due on or before June 2, 2008.

2. Plaintiff shall file its reply within 14 days after receiving Defendant's response, in accordance with Rule 7.2 of the Court.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge