IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOOPA VALLEY TRIBE et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 08-72 L |
| | ) | Judge Thomas C. Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEARANCE SUBSTITUTING COUNSEL OF RECORD**

Please enter the appearance of Sara E. Costello as Counsel of Record for Defendant, the United States of America. Ms. Costello is registered to use this Court's Electronic Case Filing System (ECF), and thus may be served electronically using ECF. If necessary, notices, orders, or other papers may alternatively be sent to Ms. Costello at the address below.

DATED: May 21, 2008 Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

/s/ Sara E. Costello

Sara E. Costello, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0466 (tel.)
(202) 305-0267 (fax)
sara.costello@usdoj.gov

Overnight delivery:
PHB Mail Room 2121
601 D Street, N.W.
Washington D.C., 20004

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2008, I filed the foregoing **NOTICE OF APPEARANCE SUBSTITUTING COUNSEL OF RECORD** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

DATED this 21st day of May, 2008.

______/s/ Sara E. Costello_
Sara E. Costello, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0466 (tel.)
(202) 305-0267 (fax)
sara.costello@usdoj.gov