IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOOPA VALLEY TRIBE et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 08-72 L |
| | ) | Judge Thomas C. Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION**

Pursuant to Fed. R. Civ. Pro. 6(b) and RCFC 6.1, Defendant, the United States of America, hereby moves for an extension of the deadlines until July 8, 2008 for filing its response to Plaintiffs Hoopa Valley Tribe and Individual Hoopa Tribal Members' (Plaintiffs) Complaint and Motion for Partial Summary Judgment on Question of Breach of Trust Responsibility. Defendant's responses to both pleadings are currently due June 2, 2008. In support of this motion, Defendant states as follows:

1. On February 1, 2008, Plaintiffs filed their Complaint in this Court.

2. On March 27, 2008, this Court granted Defendant's motion for an extension of time to answer or otherwise respond to Plaintiffs' Complaint, making Defendant's answer or other response due on June 2, 2008.

3. On April 2, 2008, Plaintiffs filed their Motion for Partial Summary Judgment on Question of Breach of Trust Responsibility.

4. On April 25, 2008, Defendant filed its Motion to Stay Briefing on Plaintiffs' Motion for Partial Summary Judgment on Question of Breach of Trust Responsibility.

5. On May 2, 2008, the Court denied Defendant's motion. Pursuant to the Court's Order, Defendant's Response to Plaintiffs' Motion for Partial Summary Judgment on Question

of Breach of Trust Responsibility is due on June 2, 2008.

6. Undersigned counsel was assigned to this case on or about April 18, 2008. Undersigned counsel will be assisting with this matter, while Ms. McCune is on maternity leave.

7. The Department of the Interior completed the litigation report regarding this matter on May 16, 2008.

8. Defendant is in need of additional time to complete its response to Plaintiffs' Complaint and Motion for Partial Summary Judgment on Question of Breach of Trust Responsibility. At this time, Defendant is evaluating whether to file a motion to bring the Yurok Tribe into the case. In addition, it is likely that Defendant will file a Cross-Motion for Summary Judgment in response to Plaintiffs' motion. Additional time is needed to fully develop Defendant's Cross-Motion for Summary Judgment.

9. Undersigned counsel has been summoned for jury service in the United States District Court for the District of Columbia from May 30, 2008 through June 6, 2008.

10. Furthermore, since April 18, 2008, undersigned counsel has had a particularly heavy docket and is in need of additional time to complete Defendant's pleadings. From April 25 to May 1, 2008, undersigned counsel was in Rapid City, South Dakota for the trial in *Lavetta Elk v. United States*, Case No. 05-186 L (Fed. Cl.). In addition, before June 2, 2008, undersigned counsel must file pleadings in *Alabama-Quassarte Tribal Town v. United States*, Case. No. 06-558, (E.D. Okla.); *Evans v. Kempthorne*, Case No. 08-372 (W.D. Wash.); and, *Alabama Rivers Alliance v. United States Army Corps of Engineers*, Case No. 07-1609 (N.D. Ala.).

11. The undersigned counsel consulted with Mr. Thomas Schlosser, counsel for

Plaintiffs, who stated that Plaintiffs have no opposition this motion.

WHEREFORE, Defendant respectfully requests that this motion be GRANTED.

Submitted this 21st day of May, 2008.

RONALD J. TENPAS
Assistant Attorney General

/s/ Sara E. Costello
Sara E. Costello, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0466 (tel.)
(202) 305-0267 (fax)
sara.costello@usdoj.gov

Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov

Attorneys for Defendant.

OF COUNSEL:

SCOTT BERGSTROM
Department of the Interior
Office of the Solicitor

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2008, I filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

_____/s/ Sara E. Costello___
Sara E. Costello, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0466 (tel.)
(202) 305-0267 (fax)
sara.costello@usdoj.gov