IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOOPA VALLEY TRIBE et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 08-72 L |
| | ) | Judge Thomas C. Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| ___________________________________ | ) | |

[PROPOSED] ORDER

This matter having come before the Court on Defendant's Unopposed Motion for Extension of Time, it is hereby ordered that the motion is GRANTED.

_______________________
Judge Thomas C. Wheeler

Dated: ___________________