# In the United States Court of Federal Claims

No. 08-72L

(Filed: May 22, 2008)

```
****************************************** *
                                           *
HOOPA VALLEY TRIBE, et al.,                *
                                           *
                    Plaintiffs,            *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

ORDER

On May 21, 2008, Defendant filed with the Court an unopposed motion for an enlargement of time, until July 8, 2008, in which to file its response to Plaintiffs' complaint and motion for partial summary judgment on the question of breach of trust responsibility. For good cause shown, Defendant's motion is GRANTED. Accordingly:

1. Defendant's response to Plaintiffs' complaint and motion for partial summary judgment are due on or before July 8, 2008.

2. Plaintiffs' reply in support of their motion for partial summary judgment is due within 14 days after receiving Defendant's response, in accordance with Rule 7.2 of the Court.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge