IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOOPA VALLEY TRIBE et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 08-72 L |
| | ) | Judge Thomas C. Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION**

Pursuant to Fed. R. Civ. Pro. 6(b) and RCFC 6.1, Defendant, the United States of America, hereby moves for an extension of the deadlines until July 22, 2008 for filing its response to Plaintiffs Hoopa Valley Tribe and Individual Hoopa Tribal Members' (Plaintiffs) Complaint and Motion for Partial Summary Judgment on Question of Breach of Trust Responsibility. Defendant's responses to both pleadings are currently due July 8, 2008. In support of this motion, Defendant states as follows:

1. On May 22, 2008, the Court granted Defendant's Unopposed Motion for an Extension; thus, Defendant's responses to Plaintiffs' Complaint and Motion for Partial Summary Judgment on Question of Breach of Trust Responsibility are currently due July 8, 2008.

2. Defendant is in need of an additional two weeks to complete its response to Plaintiffs' Complaint and Motion for Partial Summary Judgment on Question of Breach of Trust Responsibility.

3. In addition, Defendant is continuing to evaluate whether to file a motion to bring the Yurok Tribe into the case.

4. Furthermore, undersigned counsel will be out of state for an oral argument in *Nulankeyutmonen Nkihtaqmikon et al v. Impson*, Case No. 05-00168 (D. Maine) from June 30

through July 1 or 2, 2008. In addition, agency counsel for the Department of the Interior will be out of the office from June 27 through July 11, 2008. An additional two weeks will allow counsel to complete the coordination necessary to finalize Defendant's response to Plaintiffs' Complaint and Motion for Partial Summary Judgment on Question of Breach of Trust Responsibility.

5. Furthermore, since May 22, 2008, undersigned counsel has had a number of pleading deadlines, including filing a combined Cross-Motion for Summary Judgment and Response in Opposition in *Alabama Rivers Alliance v. United States Army Corps of Engineers*, Case No. 07-1609 (N.D. Ala.); an Answer and Response to a Motion to Intervene in *Evans v. Kempthorne*, Case No. 08-372 (W.D. Wash.); and, a Joint Status Report in *Samish Indian Nation v. United States*, Case No. 02-1383 (Fed. Cl.).

6. The undersigned counsel consulted with Mr. Thomas Schlosser, counsel for Plaintiffs, who stated that Plaintiffs do not oppose this motion.

WHEREFORE, Defendant respectfully requests that this motion be GRANTED.

Submitted this 26th day of June, 2008.

RONALD J. TENPAS
Assistant Attorney General

/s/ Sara E. Costello

Sara E. Costello, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0466 (tel.)
(202) 305-0267 (fax)
sara.costello@usdoj.gov

Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov

Attorneys for Defendant.

OF COUNSEL:

SCOTT BERGSTROM
Department of the Interior
Office of the Solicitor

## CERTIFICATE OF SERVICE

I hereby certify that on June 26th , 2008, I filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

DATED this 26th day of June, 2008.

_________/s/ Sara E. Costello__
Sara E. Costello, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0466 (tel.)
(202) 305-0267 (fax)
sara.costello@usdoj.gov