IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOOPA VALLEY TRIBE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 08-72 L |
| | ) | Judge Thomas C. Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| ____________________________________ | ) | |

[PROPOSED] ORDER

This matter having come before the Court on DEFENDANT'S RCFC 14(a) MOTION FOR ISSUANCE OF SUMMONS TO THIRD PARTY, it is hereby ordered that the motion is GRANTED. The Court further orders that a summons be issued to the following party:

Yurok Tribe
190 Klamath Boulevard
Klamath, California 95548

c/o:

Maria Tripp, Chairperson of the Yurok Tribal Council
190 Klamath Boulevard
Klamath, California 95548

John Corbett, Senior Attorney of the Yurok Tribe
190 Klamath Boulevard
Klamath, California 95548

Jonathan L. Abram
Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

Dated: ______________________

______________________________
Judge Thomas C. Wheeler