**Electronically Filed August 12, 2008**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HOOPA VALLEY TRIBE, on its own behalf, and in its capacity as *parens patriae* on behalf of its members; Elton Baldy; Oscar Billings; Benjamin Branham, Jr.; Lila Carpenter; William F. Carpenter, Jr.; Margaret Mattz Dickson; Freedom Jackson; William J. Jarnaghan, Sr.; Joseph LeMieux; Clifford Lyle Marshall; Leonard Masten, Jr.; Danielle Vigil-Masten,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 08-72 L<br><br>Judge Thomas C. Wheeler |

**HOOPA PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION**

Pursuant to RCFC 6.1, Hoopa Plaintiffs hereby move for an extension of time of 21 days, to and including September 12, 2008, to file their combined response to Defendant's Combined Motion to Dismiss, or in the Alternative for Summary Judgment, and reply regarding Plaintiffs' Motion for Partial Summary Judgment on Question of Breach of Trust Responsibility. Plaintiffs' response and reply are currently due August 22, 2008. In support of this motion, Plaintiffs state as follows:

1. On February 1, 2008, Plaintiffs filed the Complaint in this Court.

2. On March 27, 2008, this Court granted Defendant's motion for an extension of time to answer or otherwise respond to Plaintiffs' Complaint, making Defendant's answer or other response due on June 2, 2008.

3. On April 2, 2008, Plaintiffs filed their Motion for Partial Summary Judgment on Question of Breach of Trust Responsibility.

4. On May 2, 2008, the Court denied Defendant's motion for a stay, making Defendant's Response to Plaintiffs' Motion for Partial Summary Judgment on Question of Breach of Trust Responsibility due on June 2, 2008.

5. On May 22, 2008, this Court granted Defendant's Unopposed Motion for Enlargement of Time making Defendant's Response to Plaintiffs' Complaint and Motion for Partial Summary Judgment due on July 8, 2008.

6. On June 26, 2008, this Court granted Defendant's Unopposed Motion for an enlargement of time making Defendant's responses due on July 22, 2008.

7. On July 22, 2008, Defendant filed its combined Motion to Dismiss, or in the Alternative for Summary Judgment, and Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment.

8. Hoopa Plaintiffs are in need of additional time to complete their response to Defendant's combined motion and reply in support of their motion for partial summary judgment. Both Mr. Rob Roy Smith, of counsel to Hoopa Plaintiffs and Nina Cordova, legal assistant for the undersigned counsel, will be out of the office during all or parts of the weeks of August 18 and August 25, making completion of Hoopa Plaintiffs' papers difficult. In addition, undersigned counsel and Mr. Smith are speakers and participants at the 21st Annual University of Washington Indian Law Symposium, September 4-5, 2008.

9. On August 12, 2008, undersigned counsel consulted with Ms. Sara E. Costello, counsel for Defendant, who stated that Defendant has no opposition to this motion.

WHEREFORE, Hoopa Plaintiffs respectfully request that this motion be GRANTED.

Respectfully submitted this 12th day of August, 2008.

*s/ Thomas P. Schlosser*____________________
Thomas P. Schlosser, Attorney of Record
MORISSET, SCHLOSSER, JOZWIAK & McGAW
801 Second Avenue, Suite 1115
Seattle, WA 98104-1509
Tel: (206) 386-5200
Fax: (206) 386-7322
t.schlosser@msaj.com

*Of Counsel:*

Rob Roy Smith, Attorney
ATER WYNNE, LLP
601 Union Street, Suite 1501
Seattle, WA 98101-3981
Tel: (206) 623-4711
Fax: (206) 467-8406
rrs@aterwynne.com

*Attorneys for the Plaintiff Hoopa Valley Tribe, et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2008, a copy of, Hoopa Plaintiff's Unopposed Motion for Extension, was electronically sent via the CM/ECF system by the United States Court of Federal Claims on the following party:

Sara E. Costello
Email: sara.costello@usdoj.gov

Devon Lehman McCune
Email: devon.mccune@usdoj.gov

*s/ Thomas P. Schlosser*____________________
Thomas P. Schlosser, Attorney of Record
MORISSET, SCHLOSSER, JOZWIAK & McGAW
801 Second Avenue, Suite 1115
Seattle, WA 98104-1509
Tel: (206) 386-5200
Fax: (206) 386-7322
t.schlosser@msaj.com

T:\WPDOCS\0020\09561\Pleadings\HVTTimeExte081208_01.doc
nmc:8/12/08