# In the United States Court of Federal Claims

No. 08-72L

(Filed: August 13, 2008)

```
*************************************** *
                                        *
HOOPA VALLEY TRIBE, et al.,             *
                                        *
                    Plaintiffs,         *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*************************************** *
```

## ORDER

On August 12, 2008, Plaintiffs filed with the Court an unopposed motion for a 21-day enlargement of time in which to file their response to Defendant's motion to dismiss, or in the alternative for summary judgment, and reply in support of their motion for partial summary judgment on the question of breach of trust responsibility. For good cause shown, Plaintiffs' motion is GRANTED. Accordingly:

1. Plaintiffs' response to Defendant's motion to dismiss, or in the alternative for summary judgment, and reply in support of their motion for partial summary judgment are due on or before September 12, 2008.

2. Defendant's reply in support of its motion to dismiss, or in the alternative for summary judgment, is due within 14 days after receiving Plaintiffs' response, in accordance with Rule 7.2 of the Court.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge