# In the United States Court of Federal Claims

No. 08-72L

(Filed: August 25, 2008)

| | |
|---|---|
| ***************************************** | * |
| | * |
| HOOPA VALLEY TRIBE, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ***************************************** | * |

**ORDER**

On July 22, 2008, Defendant filed a Motion for Issuance of Summons to Third Party pursuant to Rule 14(a) requesting the Court to authorize a summons to the following entity:

Yurok Tribe
190 Klamath Boulevard
Klamath, California 95548

c/o:

Maria Tripp, Chairperson of the Yurok Tribal Council
190 Klamath Boulevard
Klamath, California 95548

John Corbett, Senior Attorney of the Yurok Tribe
190 Klamath Boulevard
Klamath, California 95548

Jonathan L. Abram
Hogan & Hartson
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

Plaintiffs oppose Defendant's motion as premature and not yet ripe.

For good cause shown, Defendant's Motion for Issuance of Summons to Third Party is hereby GRANTED. Pursuant to Rule 14(a)(3), the Clerk of the Court shall issue an original and one copy of the summons, for each person to be summoned listed above. The summons shall contain the names of the parties and a statement that the summoned party is required to appear and answer within 42 days from the date of service. The summons shall state that the United States is asserting a claim against such person, as described in the accompanying pleading of the United States. The summons shall indicate that it is accompanied by a copy of the pleadings, which shall be attached by the Defendant in accord with Rule14(a)(3). Upon issuance of the summons, the Clerk shall deliver the summons to the Attorney General for personal service, and the return of such service shall be made directly to the Clerk.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge