# In the United States Court of Federal Claims

**HOOPA VALLEY TRIBE,**
***on its own behalf, and in its capacity as parens patriae on behalf of its members,***
**et al.**

**v.** **No. 08-72 L** COPY

**THE UNITED STATES**

## SUMMONS

**To: Yurok Tribe**
**190 Klamath Boulevard**
**Klamath, California 95548**

c/o: Maria Tripp, Chairperson of the Yurok Tribal Council
190 Klamath Boulevard
Klamath, California 95548

John Corbett, Senior Attorney of the Yurok Tribe
190 Klamath Boulevard
Klamath, California 95548

Jonathan L. Abram, Esquire
Hogan & Hartson
Columbia Square
555 13th Street, NW
Washington, DC 20004

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby summoned to appear herein within forty-two (42) days after service of this Summons upon you, by filing an answer (in accordance with Rule 14 of this Court) to the claim which the United States is asserting against you in the above-entitled suit. If you fail to appear and answer the claim, judgment pro confesso may be entered against you upon such claim to the same extent as if you had appeared and admitted the truth of the allegations made by the United States. For your information, this Summons is accompanied by copies of the following pleadings (including the pleading containing the claim asserted against you) that have been filed herein: Plaintiffs' amended complaint, and defendant's third party complaint.

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, D.C., this 26th day of August, 2008

John S. Buckley
Acting Clerk, U.S. Court of Federal Claims

By: [signature]
Deputy Clerk

COPY

## RETURN OF SERVICE

Received the above Summons on the _____ day of ___________, _____, and made service thereof on the _____ day of ___________, _____, by delivering a copy of the Summons, together with copies of the pleadings described in and accompanying the same, to

_______________________________________________

_______________________________________________

_______________________________

UNITED STATES

MARSHAL

By: _______________________________

Deputy

MARSHAL'S FEES*

Travel $________

Service $________

*Marshal's fees are not collected by the Court. Such fees must be paid by the party at whose instance the Summons is served.