IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOOPA VALLEY TRIBE et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 08-72 L |
| | ) | Judge Thomas C. Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION**

Pursuant to Fed. R. Civ. Pro. 6(b) and RCFC 6.1, Defendant, the United States of America, hereby moves for an extension of the deadlines until October 1, 2008 for filings its Reply in Support of Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment. Defendant's Reply is currently due on September 22, 2008. In support of this motion, Defendant states as follows:

1. Plaintiffs Hoopa Valley Tribe and Individual Hoopa Tribal Members' (Plaintiffs) filed their Response in Opposition to Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment on September 10, 2008.

2. Defendant is in need of additional time to complete its Reply in Support of Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment.

3. Undersigned counsel needs additional time to complete this pleading, in part, because she was required to file a Reply to Plaintiff's Post-Trial Memorandum in *Lavetta Elk v. United States*, Case No. 05-186 (Fed. Cl.) on September 12, 2008. In addition, undersigned counsel also has a number of upcoming pleading deadlines, including filing responses to Complaints in *Central New York Fair Business Association, et al. v. Kempthorne*, Case No. 08-660 (N.D.N.Y.); *Town of Verona, et al. v. Kempthorne*, Case No. 08-647 (N.D.N.Y.); *State of*

*New York, et al. v. Kempthorne*, Case No. 08-644 (N.D.N.Y.).

4. Furthermore, agency counsel for the Department of the Interior was out of the office during the majority of August, 2008 through September 12, 2008. The short extension of Defendant's deadline will allow counsel to complete the coordination necessary to finalize Defendant's Reply in Support of Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment.

5. The undersigned counsel consulted with Mr. Thomas Schlosser, counsel for Plaintiffs, who stated that Plaintiffs do not oppose this motion.

WHEREFORE, Defendant respectfully requests that this motion be GRANTED.

Submitted this 16th day of September, 2008.

RONALD J. TENPAS
Assistant Attorney General

/s/ Sara E. Costello
Sara E. Costello, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0466 (tel.)
(202) 305-0267 (fax)
sara.costello@usdoj.gov

Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294

(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov

Attorneys for Defendant.

OF COUNSEL:

SCOTT BERGSTROM
Department of the Interior
Office of the Solicitor

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2008, I filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

__________/s/ Sara E. Costello__
Sara E. Costello, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0466 (tel.)
(202) 305-0267 (fax)
sara.costello@usdoj.gov